Civil- (Dec-2008)

**HONORABLE:** Janet C. Hall
**DEPUTY CLERK** Diahann Lewis
**RPTR/ECRO/TAPE** Terri Fidanza
**TOTAL TIME:** 1 hours 35 minutes
**DATE:** 1/21/2016
**START TIME:** 9:20
**END TIME:** 10:55
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS (if more than ½ hr)** FROM: ___ TO: ___

**CIVIL NO.** 3:15cv1851 (JCH)

Libertarian Party of Connecticut
vs
Merrill

Twardy/Barrett/Raccuia
Plaintiff's Counsel

Maura Murphy-Osborne
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#16 Motion for TRO - terminated      ☐ granted ☐ denied ☐ advisement
☑ .....#19 Motion for TRO- taken under advisement   ☐ granted ☐ denied ☑ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ Hearing continued until ___ at ___

Notes: