United States District Court
District of Connecticut

| | |
|---|---|
| Libertarian Party of Connecticut,<br><br>   *Plaintiff*,<br><br>v.<br><br>Denise Merrill, Secretary of the State of Connecticut,<br><br>   *Defendant*. | :<br>:<br>:<br>:<br>:<br>: Civil No. 3:15-cv-1851-JCH<br>:<br>:<br>:<br>:<br>: |

### Order on Plaintiff's Motion a Preliminary Injunction

On consideration of plaintiff Libertarian Party of Connecticut's motion for a preliminary injunction, *see* doc. no. 19, and for the reasons stated in the Court's ruling of January 26, 2016, *see* doc. no. 26, the Court grants the motion for a preliminary injunction and orders as follows:

 a Defendant is enjoined from applying Conn. Gen. Stat. § 9-453e to the extent that it prohibits non-Connecticut residents from serving as circulators;

 b Defendant is enjoined from applying Conn. Gen. Stat. § 9-453j to the extent that it requires nomination petitions to contain a certification that the circulator is a Connecticut resident;

 c Defendant is enjoined from applying Conn. Gen. Stat. § 9-453k to the extent that it prohibits Defendant, her agents, or any persons in active concert or participation with Defendant and her agents from accepting nominating petitions that do not contain the certification as to Connecticut residency required by § 9-453j; and

 d Defendant is enjoined from applying Conn. Gen. Stat. § 9-453o to the extent that it requires Defendant to reject any nominating petition that does not contain the certification as to Connecticut residency required by § 9-453j.

Dated: 2/16/2016      By the Court: /s/Janet C. Hall
                         United States District Judge